# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDVIS E. HENDERSON,** | : | **CIVIL NO. 1:18-CV-1534** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SCI CAMP-HILL MEDICAL DEPARTMENT, SCI-ROCKVIEW MEDICAL DEPARTMENT,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of October, 2018, upon consideration of the complaint (Doc. 1) and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff shall FILE an amended complaint on or before October 24, 2018.

2. The amended complaint shall contain the same case number that is already assigned to this action, 1:18-CV-1534, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(e).

3. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of Court and will result in dismissal of the complaint. See FED. R. CIV. P. 20.

4. Failure to file an amended complaint within the specified time period will result in dismissal of the action for failure to comply with an order of court.

                    /S/ CHRISTOPHER C. CONNER
                    Christopher C. Conner, Chief Judge
                    United States District Court
                    Middle District of Pennsylvania