# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDVIS E. HENDERSON,** | : | **CIVIL NO. 1:18-CV-1534** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **AMY FLATT MANNING,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 5th day of September, 2019, upon consideration of defendants' motions (Docs. 22, 24), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motions (Docs. 22, 24) are GRANTED on the ground that plaintiff did not properly exhaust administrative remedies before filing suit.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The action against Amy Flatt Manning and Mariya Kadier is DISMISSED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

4. The Clerk of Court is further directed to CLOSE this case.

5. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania