# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| EDVIS EARL HENDERSON, | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.   1:18-CV-1534 |
| HANS REISINGER, TIMOTHY RUTHERFORD, and | ) |
| THEODOOR VOORSTAD, | )  (Chief Judge Conner) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐  the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X   other:   <u>SUM MARY JUDGMENT be and is hereby ENTERED in favor of defendants HANS REISINGER, TIMOTHY</u> RUTHERFORD, and THEODOOR VOORSTAD, and against plaintiff EDVIS EARL HENDERSON, in accordance with the court's memorandum (Doc. 35) and order (Doc. 36), dated September 5, 2019.

This action was *(check one)*:

☐   tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge or Magistrate Judge _____ without a jury and the above decision

X   decided by Judge or Magistrate Judge     Chief Judge Christopher C. Conner

        MOTION (Doc. 22)

Date:         Sep 5, 2019                *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

                                K. McKinney

                *Signature of Clerk or Deputy Clerk*